

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00048-CV

IN THE INTEREST OF T.M., A
CHILD

----------

FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 324-560679-14

----------

## MEMORANDUM OPINION[1]

----------

Appellant J.D.R. attempts to appeal from the trial court's "Default Order Establishing the Parent-Child Relationship." The trial court signed the order on January 12, 2015, but J.D.R. did not file his notice of appeal until February 13, 2015, several days late.[2] *See* Tex. R. App. P. 26.1 (requiring notice of appeal to

---

[1]*See* Tex. R. App. P. 47.4.

[2]J.D.R. filed a motion for new trial, but it too was late; therefore, it did not extend the time to file the notice of appeal. *See Florence v. Shelly*, No. 01-13-00730-CV, 2014 WL 1678913, at *1 (Tex. App.—Houston [1st Dist.] Apr. 24, 2014, no pet.) (mem. op.).

be filed within thirty days after the judgment is signed).  Because J.D.R.'s late notice of appeal was filed within fifteen days after its due date, we notified him that unless he or any party desiring to continue the appeal filed with the court a response showing a reasonable explanation for the late filing of the notice of appeal, the appeal may be dismissed for want of jurisdiction.  *See* Tex. R. App. P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).  We have not received a response.  Therefore, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED:  May 14, 2015